# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-05-00525-CV

**Richard Hardy, Appellant**

**v.**

**A. F. Nagel, Appellee**

### FROM THE DISTRICT COURT OF BELL COUNTY, 146TH JUDICIAL DISTRICT
### NO. 197,874-B, HONORABLE MARTHA J. TRUDO, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Richard Hardy has filed a motion to dismiss this appeal in which he asserts that the parties have settled their dispute. We grant the motion and dismiss this appeal. *See* Tex. R. App. P. 42.1(a).

G. Alan Waldrop, Justice

Before Chief Justice Law, Justices Pemberton and Waldrop

Dismissed on Appellant's Motion

Filed: December 2, 2005